IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 SEP -4 P 12:30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Gregory Kenny Lee #194071
Full name and prison number of plaintiff(s)

v.

Mr. Hope (Warden et.al.)
Louis Boyd
Lt. Speck
Sgt. Jackson
Lt. Marcus

Name of person(s) who violated your constitutional rights. (List the names of all the persons.)

CIVIL ACTION NO. 2:07CV795-WKW
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO ( X )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( X )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) ______________________

Defendant(s) ______________________

2. Court (if federal court, name the district; if state court, name the county) ______________________

3. Docket number ____

4. Name of judge to whom case was assigned ____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____

6. Approximate date of filing lawsuit 5-5-05

7. Approximate date of disposition ____

II. PLACE OF PRESENT CONFINEMENT Fountain Cor. Center Atmore AL

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Bullock State Prison Union Spring

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Louis Boyd | this happened where |
| 2. | Lt. Speck | the worked which is |
| 3. | Sgt. Jackson | |
| 4. | Mr. Hope | Bullock Co. Correctional |
| 5. | Lt. Marcus | Hwy. 82 East P.O Box 5107 |
| 6. | Lt. Baily | Union Springs AL 36089 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED May 23-05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: They abused me excessively

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

It happened in lock-up when Warden Holt took me there. Lt. Marcus fell down because her shoes were untied, she then ~~[illegible]~~ called a code red and when the officers got there they threw me on the floor, hancuffed me, then they took

GROUND TWO: me to the body shop, before I went to the body shop she said I threw her on the floor

SUPPORTING FACTS: and tried to rape her. Then the Next day they came and got me and took me to see Warden Boyd. He asked if I had raped Lt. Marcus and I said no. SGT. Speck, Warden Boyd Sgt. Jackson will testify that Officer Hill was with Warden Boyd when he slapped me and

GROUND THREE: then Sgt. Jackson took all of my clothes off of me and put a billy club in my rectum.

SUPPORTING FACTS: Sgt. Speck took and cuffed my legs and hands and while walking me to the infirmary tripped me and sprayed me with pepper spray. I have a witness Officer Susan Jackson who will testify to this. Warden Boyd is at and to be brought up Warden Holt is now at Kilby. on charges of sexual assault. Sodomy I want the Courts to hear my case. I also want Someone from the courts sent here to Fountain and see me personally.

Warden Boyd, Warden Holt, Lt. Speck, Sgt. Jackson. ~~[illegible]~~ I want them charged with excessive assault I want this added to the case. and I want the courts to send me to a free-world hospital. I want to file with the D.A. in Montgomery.

Gregory Lyle
#184070

1st degree sexual assault under Ala Code 12A-13.141

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

For the court to hold them all accountable and to sue them for $20 million but for Warden Boyd to have charges brought up on him

GREGORY Lee
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on JUNE 21ST 2007.
(Date)

GREGORY LEE
Signature of plaintiff(s)

Gregory Lee
plaintiff

Lt. Specks is not at Bullock anymore he is ~~[illegible]~~ Now here at Fountain Correctional Center
PO Box 3800
Atmore AL 36503

Gregory Lee
#/ 89070

Warden Boyd is at Easterland Correctional in Barber Co. AL

Warden Holt is now at Kilby Corr. Center

Gregory Lee #184070
Fountain 3800
Atmore, Al 36503




Middle District of Alabama
United States Courthouse
15 Lee St.
Montgomery, Al 36104

LEGAL

30 AUG 2007 PM 1 L
MOBILE AL 366
36104+4056 CODE

Gregory Lee #184070
V.S

RECEIVED
2007 SEP -4 P 12:29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I am writing you to say that I was assaulted by several DOC officers. The assault happened at Bullock Corr. Facility. My Nose was broken by an officer in an unprovoked assault on me. I am filing a suit against Officer Hill, and Warden Lewis Boyd, who slapped me when I spoke to him. Assisstant Warden Boyd and Sgt. Jackson took all of my clothes off of me and put a billy club into my rectum. Sgt. Speck took and cuffed my legs and hands and while walking me to the infirmory tripped me and sprayed me with pepper spray. I've a witness Officer Susan Jackson who will testify to this. I have been transferred to Fountain Corr in Atmore AL. I am sending a copy of the incident report that they wrote

Signed
X Gregory Lee #184070