```
                       STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                    FOUNTAIN CORRECTIONAL CENTER
AUG. 20, 2007            INMATE DEPOSITS           RECEIPT#: 2007023946

RECEIVED OF: LEE, GREGORY            AIS#: 184070     BED ID: I01061A
    $0.00    PREVIOUS BALANCE     DEPOSIT SENT BY:  INST. TRANSFER
    $2.36    NET DEPOSIT          DEPOSIT DOCUMENT: IN. TRANSFER CK
    $0.00    C.O.P. DEDUCTED      CASE#:   N/A         DOC.#: 5154
    $0.00                         CASE#:   N/A         MAIL LOG#: N/A

    $2.36    CURRENT BALANCE      POSTED BY: VALERIA SPATES
```

2:07CV795-WKW